AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

International Association Of Machinists and
Aerospace Workers, District Lodge 166
And Local Lodge 2061, AFL-CIO

**SUMMONS IN A CIVIL CASE**

V.

Michael Griffin, Administrator, National
Aeronautics and Space Administration

CASE N

Case: 1:07-cv-01459
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 8/13/2007
Description: Admn. Ahency Review

TO: (Name and address of Defendant)

Alberto R. Gonzales, Attorney General for the United States
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leon Dayan
BREDHOFF & KAISER P.L.L.C.
805 Fifteenth Street NW, Suite 1000
Washington, DC 20008

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                AUG 13 2007

CLERK                                   DATE

(By) DEPUTY CLERK

AO 440  (Rev. DC - September 2003)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 8/13/07 |
| NAME OF SERVER *(PRINT)*  Ahuva Battams | TITLE | Paralegal |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

G   Other (specify):  Certified Mail return receipt to Alberto Gonzales, Attorney General US - US Department of Justice, 950 Pennsylvania Ave NW, Washington DC 20530

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/27/07
                    Date

Signature of Server

Bredhoff & Kaiser PLLC
805 15th St NW Ste 1000
Washington DC 20005
Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales
Atty General
US Dept Justice
950 Pennsylvania Ave NW
Washington DC 20530

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

AUG 1 5 2007

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*           ☐ Yes

2. Article Number
   *(Transfer from service label)*  7005 1160 0002 9231 4832

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540