AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

International Association Of Machinists and
Aerospace Workers, District Lodge 166
And Local Lodge 2061, AFL-CIO

**SUMMONS IN A CIVIL CASE**

V.

Michael Griffin, Administrator, National
Aeronautics and Space Administration

CASE

Case: 1:07-cv-01459
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 8/13/2007
Description: Admn. Ahency Review

TO: (Name and address of Defendant)

Michael Griffin, Administrator
Office of the Administrator
NASA Headquarters
300 E Street N.W.
Washington, D.C. 20546-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leon Dayan
BREDHOFF & KAISER P.L.L.C.
805 Fifteenth Street NW, Suite 1000
Washington, DC 20008

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                    AUG 1 3 2007

CLERK                                          DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 8/13/07 |
| NAME OF SERVER (PRINT) Ahuva Battams | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified mail return receipt to Michael Griffin, Administrator, Office of the Administrator, NASA Headquarters, 300 E Street NW, Washington DC 20546

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/27/07
Date

Signature of Server: Ahuva Battams

Bredhoff + Kaiser PLLC
805 15th St NW Ste 1000
Washington DC 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0002 9231 4849**
Detailed Results:
- Delivered, August 17, 2007, 7:06 am, WASHINGTON, DC 20546
- Notice Left, August 16, 2007, 11:17 am, WASHINGTON, DC 20546
- Arrival at Unit, August 16, 2007, 7:00 am, WASHINGTON, DC 20022
- Acceptance, August 13, 2007, 2:30 pm, WASHINGTON, DC 20043

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

( < Back )    ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved.   Terms of Use   Privacy Policy

