AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

International Association Of Machinists and
Aerospace Workers, District Lodge 166
And Local Lodge 2061, AFL-CIO

**SUMMONS IN A CIVIL CASE**

V.

Michael Griffin, Administrator, National
Aeronautics and Space Administration

CASE NU

Case: 1:07-cv-01459
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 8/13/2007
Description: Admn. Ahency Review

TO: (Name and address of Defendant)

Jeffrey A. Taylor, c/o Civil Process Clerk
U.S. Attorney for the District of Columbia
United States Attorneys Office
555 4th Street NW
Washington D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leon Dayan
BREDHOFF & KAISER P.L.L.C.
805 Fifteenth Street NW, Suite 1000
Washington, DC 20008

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    AUG 13 2007

CLERK                                      DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

International Association of Machinists and Aerospace Workers, District Lodge 166, et al.

vs.

Michael Griffin, Administrator, National Aeronautics and Space Administration

No. 1:07-CV-01459 CK-K

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:12 pm on August 13, 2007, I served Michael Griffin, Administrator, National Aeronautics and Space Administration c/o Jeffrey A. Taylor, U.S. Attorney for the District of Columbia at United States Attorney's Office, 501 3rd Street, NW, Washington, DC 20001 by serving Lakesha Carroll, Docket Clerk, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     30
HEIGHT-  5'4"
HAIR-    BLACK
WEIGHT-  175
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 8/17/07
         Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 192757