**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT LODGE 166 and LOCAL LODGE 2061, AFL-CIO, <br><br> *Plaintiffs*, <br><br> v. <br><br> MICHAEL GRIFFIN, Administrator, National Aeronautics and Space Administration   Office of the Administrator, <br><br> *Defendant*. | Civil Action No. 1:07-CV-01459(CKK) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Joshua B. Shiffrin, Esq. as counsel of record for plaintiff International Association of Machinists and Aerospace Workers, District Lodge 155, AFL-CIO and plaintiff International Association of Machinists and Aerospace Workers, Local Lodge 2061, AFL-CIO in the above-captioned case.

Date: August 27, 2007

Respectfully Submitted,

  /s/Joshua B. Shiffrin
Leon Dayan (D.C. Bar No. 444144)
Joshua B. Shiffrin (D.C. Bar No. 501008)
BREDHOFF & KAISER P.L.L.C.
805 Fifteenth Street NW
Suite 1000
Washington, DC 20008
(202)842-2600

*Counsel for Plaintiffs International*
*Association of Machinists and Aerospace*
*Workers, District Lodge 166 and Local*
*Lodge 2061*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August 2007, I served by U.S. First Class Mail the foregoing Notice of Appearance upon:

Jeffrey A. Taylor
U.S. Attorney for the District of Columbia
c/o United States Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20001

Alberto Gonzales
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington D.C. 20530-0001

Michael Griffin
Administrator
NASA
300 E Street S.W.
Washington, D.C.  20546-0001

/s/Joshua B. Shiffrin
Joshua B. Shiffrin