UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE GROVE, INC. )<br>3 Westbrook Corporate Center, Suite 500 )<br>Westchester, IL 60154 )<br> )<br> )<br>                              Plaintiff )<br>            v. )<br> )<br> )<br>UNITED STATES DEPARTMENT OF )<br>TRANSPORTATION )<br>1200 New Jersey Ave., SE )<br>Washington, D.C. 20590 )<br> )<br>400 7th Street, SW )<br>Washington, D.C.  20590 )<br> )<br>UNITED STATES DEPARTMENT OF )<br>TRANSPORTATION DEPARTMENTAL )<br>OFFICE OF CIVIL RIGHTS )<br>1200 New Jersey Ave., SE )<br>Washington, D.C.  20590 )<br> )<br>400 7th Street, SW )<br>Washington, D.C.  20590 )<br> )<br>JOSEPH AUSTIN, Associate Director )<br>External Civil Rights Program Division )<br>Departmental Office of Civil Rights )<br>United States Department of Transportation )<br>1200 New Jersey Ave., SE )<br>Washington, D.C.  20590 )<br> )<br>400 7th Street, SW )<br>Washington, D.C.  20590 )<br> )<br>                              Defendants. )<br> ) | Civil Action No. 07-1591 (HHK)<br>(ECF) |

## **NOTICE OF APPEARANCE**

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

Respectfully submitted,

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2007, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **John Longstreth,** via Electronic Case Filing (ECF).

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851