UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT LODGE 166 and LOCAL LODGE 2061, AFL-CIO<br>  271 Taylor Avenue<br>  Cape Canaveral, FL 32920<br><br>                 Plaintiff<br>     v.<br><br>MICHAEL GRIFFIN, Administrator, National Aeronautics and Space Administration<br>Office of the Administrator<br>NASA Headquarters<br>300 E Street, S.W.<br>Washington, DC 20546-0001,<br><br>                 Defendant. | Civil Action No.: 07-1459 (CKK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendant in the above-captioned case.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2007, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Leon Dayan**, via Electronic Case Filing (ECF).

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov