UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INTERNATIONAL ASSOCIATION OF ) <br> MACHINISTS AND AEROSPACE ) <br> WORKERS, DISTRICT LODGE 166 ) <br> and LOCAL LODGE 2061, AFL-CIO, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> MICHAEL GRIFFIN, Administrator, ) <br> National Aeronautics and Space ) <br> Administration, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 07-1459 (CKK) |

**DEFENDANT'S MOTION TO EXTEND TIME TO FILE AN ANSWER OR OTHER RESPONSE**

Pursuant to Fed. R. Civ. P. 6(b)(1), the undersigned on behalf of Michael Griffin, Administrator, National Aeronautics and Space Administration ("Defendant"), requests an enlargement of time until November 13, 2007, to file an answer or other response to Plaintiff's complaint. In support of this motion, the undersigned states:

1. Plaintiffs commenced this action August 13, 2007 and procured service on the United States Attorney on the same day.[1] Accordingly, Defendant's answer is due on October 12, 2007.

2. Defendant is seeking the additional time in order to complete consultations with Agency counsel before filing an answer or other response.

3. Pursuant to Local Civil Rule 7(m), the undersigned conferred with counsel for Plaintiff who consents to this request.

---

[1] Defendant was served on August 17, 2007, and the Attorney General of the United States was served on August 15, 2007.

October 12, 2007                    Respectfully submitted,

                                              /s/
                       JEFFREY A. TAYLOR, D.C. BAR # 498610
                       United States Attorney

                                              /s/
                       RUDOLPH CONTRERAS, D.C. BAR #  434122
                       Assistant United States Attorney

                                              /s/
                       KENNETH ADEBONOJO
                       Assistant United States Attorney
                       United States Attorney's Office
                       Civil Division
                       555 4th Street, N.W. – Room E4210
                       Washington, D.C. 20530
                       (202) 514-7157
                       kenneth.adebonojo@usdoj.gov

                       COUNSEL FOR DEFENDANTS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion for an Enlargement to File an answer or other response was sent by mail to:

   Leon Dayan, Esq.
   Bredhoff & Kaiser
   805 Fifteenth Street, NW, St. 1000
   Washington, DC 20008

   Atty. for Plaintiff

on this 12th day of October, 2007.

                        /s/
                 KENNETH ADEBONOJO
                 Assistant United States Attorney
                 Judiciary Center Building
                 555 4th Street, N.W.,
                 Washington, DC  20530
                 (202) 514-7157
                 kenneth.adebonojo@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT LODGE 166 and LOCAL LODGE 2061, AFL-CIO,<br><br>                    Plaintiffs,<br>v.<br><br>MICHAEL GRIFFIN, Administrator, National Aeronautics and Space Administration,<br><br>                    Defendant. | Civil Action No. 07-1459 (CKK) |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

**ORDERED** that the said motion be and hereby is granted; and it is

**FURTHER ORDERED** that Defendant shall file an answer or other response on or before November 13, 2007.

_____
UNITED STATES DISTRICT JUDGE