UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF )<br>MACHINISTS AND AEROSPACE )<br>WORKERS, DISTRICT LODGE 166 )<br>and LOCAL LODGE 2061, AFL-CIO, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>MICHAEL GRIFFIN, Administrator, )<br>National Aeronautics and Space )<br>Administration, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 07-1459 (CKK)<br>ECF |

## DEFENDANT'S MOTION TO EXTEND TIME TO FILE AN ANSWER OR OTHER RESPONSE

Pursuant to Fed. R. Civ. P. 6(b)(1), the undersigned on behalf of Michael Griffin, Administrator, National Aeronautics and Space Administration ("Defendant"), requests an enlargement of time until November 16, 2007, to file an answer or other response to Plaintiff's complaint. In support of this motion, the undersigned states:

1.  Recent developments in the labor dispute involving Plaintiff that resulted in this action have raised the possibility that this action could be mooted. Opposing counsel is conferring with his client on this issue.

2.  Accordingly, Defendant is requesting additional time for the parties to determine whether a response to Plaintiff's complaint is necessary. Defendant's answer is currently due on November 13, 2007.

3.  Pursuant to Local Civil Rule 7(m), the undersigned conferred with counsel for Plaintiff who consents to this request.

WHEREFORE, Defendant requests that this enlargement be granted. A minute order is requested.

November 9, 2007  Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4210
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify I that on this 9th day of November 2007, I caused the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served on Plaintiff's attorney, Leon Dayan, Esq., via the Court's Electronic Case Filing system.

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)