UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT LODGE 166 and LOCAL LODGE 2061, AFL-CIO,<br><br>　　　　　*Plaintiffs*,<br>v.<br><br>MICHAEL GRIFFIN, Administrator, National Aeronautics and Space Administration<br>　Office of the Administrator,<br><br>　　　　　*Defendant*. | Civil Action No. 1:07-CV-01459(CKK) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Leon Dayan, Esq. as counsel of record for plaintiff International Association of Machinists and Aerospace Workers, District Lodge 166, AFL-CIO and plaintiff International Association of Machinists and Aerospace Workers, Local Lodge 2061, AFL-CIO in the above-captioned case.

Date: November 28, 2007

Respectfully Submitted,

　/s/Leon Dayan
Leon Dayan (D.C. Bar No. 444144)
Joshua B. Shiffrin (D.C. Bar No. 501008)
BREDHOFF & KAISER P.L.L.C.
805 Fifteenth Street NW
Suite 1000
Washington, DC 20008
(202)842-2600

*Counsel for Plaintiffs International Association of Machinists and Aerospace Workers, District Lodge 166 and Local Lodge 2061*