UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT LODGE 166 and LOCAL LODGE 2061, AFL-CIO,<br>    271 Taylor Avenue<br>    Cape Canaveral, FL 32920<br><br>                                *Plaintiffs*,<br>v.<br><br>MICHAEL GRIFFIN, Administrator, National Aeronautics and Space Administration<br>    Office of the Administrator<br>    NASA Headquarters<br>    300 E Street, S.W.<br>    Washington DC  20546-0001,<br>                                *Defendant*. | Civil Action No. 1:07-cv-1459 (CKK) |

**CONSENT MOTION FOR TWO WEEK EXTENSION OF TIME TO FILE ITS MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs International Association of Machinists and Aerospace Workers, District Lodge 166 and Local Lodge 2061, AFL-CIO, by and through its undersigned counsel, respectfully request a 14-day extension of time up to and including Friday, December 14, 2007, within which to file a response brief to Defendant Michael Griffin's Motion to Dismiss, which was filed on Friday, November 16, 2007.  The grounds for this Motion are as follows:

1. Due to the Thanksgiving Holiday, as well as counsel's commitments in other matters, Plaintiffs' counsel requires additional time to prepare a response to Defendant's Motion to Dismiss.

2. No prior extensions of time have been requested by plaintiffs' counsel.  Defendants' counsel has requested two extensions of time, which were agreed to by Plaintiffs' counsel and granted by the Court.

3. The parties conferred regarding the Plaintiffs' request for an extension of time. Defendant's counsel agrees to the relief requested.

**WHEREFORE**, for the aforementioned reasons, Plaintiffs International Association of Machinists and Aerospace Workers, District Lodge 166 and Local Lodge 2061, AFL-CIO respectfully request an extension of time up to and including Friday, December 14, within which to file its response brief to Defendant Michael Griffin's Motion to Dismiss.

Respectfully Submitted,

Dated: November 28, 2007

_/s/Joshua B. Shiffrin_____
Leon Dayan (D.C. Bar No. 444144)
Joshua B. Shiffrin (D.C. Bar No. 501008)
BREDHOFF & KAISER P.L.L.C.
805 Fifteenth Street NW
Suite 1000
Washington, DC 20008
(202)842-2600

*Counsel for Plaintiffs International Association of Machinists and Aerospace Workers, District Lodge 166 and Local Lodge 2061, AFL-CIO*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT LODGE 166 and LOCAL LODGE 2061, AFL-CIO,<br>    271 Taylor Avenue<br>    Cape Canaveral, FL 32920<br><br>*Plaintiffs*,<br>v.<br><br>MICHAEL GRIFFIN, Administrator, National Aeronautics and Space Administration<br>    Office of the Administrator<br>    NASA Headquarters<br>    300 E Street, S.W.<br>    Washington DC  20546-0001,<br>            *Defendant*. | Civil Action No. 1:07-cv-1459 (CKK) |

**ORDER**

Having considered the Consent Motion For Extension Of Time By Plaintiffs International Association of Machinists and Aerospace Workers, District Lodge 166 and Local Lodge 2061, AFL-CIO To File Its Response to Defendant's Motion to Dismiss, which was filed on November 16, 2007, it is

**ORDERED** that the Plaintiffs' Motion for Extension of Time is granted. Accordingly, the Plaintiffs have until and including December 14, 2007, within which to file its response brief.

_____
Hon. Colleen Kollar-Kotelly
United States District Court Judge