UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF )<br>MACHINISTS AND AEROSPACE )<br>WORKERS, DISTRICT LODGE 166 )<br>and LOCAL LODGE 2061, AFL-CIO, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>MICHAEL GRIFFIN, Administrator, )<br>National Aeronautics and Space )<br>Administration, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1459 (CKK)<br>ECF |

**DEFENDANT'S MOTION TO EXTEND TIME TO FILE A REPLY TO PLAINTIFF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b)(1), the undersigned on behalf of Michael Griffin, Administrator, National Aeronautics and Space Administration ("Defendant"), requests an enlargement of time until January 7, 2008, to file a reply to Plaintiff's opposition to Defendant's Motion to Dismiss. In support of this motion, the undersigned states:

1. Plaintiff filed their opposition on December 14, 2007 and Defendant's reply is due December 28, 2007.

2. Accordingly, Defendants are requesting the additional time to consult with Agency Counsel who will be away from the office for the holidays.

3. Pursuant to Local Civil Rule 7(m), the undersigned conferred with counsel for Plaintiff who consents to this request.

WHEREFORE, Defendant requests that this enlargement be granted. A minute order is requested.

| | |
|---|---|
| December 21, 2007 | Respectfully submitted, |

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4210
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify I that on this 21st day of December, 2007, I caused the foregoing Defendant's Motion to Enlarge Time to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss to be served on Plaintiff's attorney, Leon Dayan, Esq., via the Court's Electronic Case Filing system.

                                          _/s/_____
                                          KENNETH ADEBONOJO
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 4th Street, N.W. – Civil Division
                                          Washington, D.C.  20530
                                          (202) 514-7157
                                          (202) 514-8780 (facsimile)